THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JACOB GOLDINGER, Respondent.

(Argued October 22, 1936; decided November 24, 1936.)

*William F. X. Geoghan,* District Attorney (*George F. Palmer, Jr.,* of counsel), for appellant.

*Myron D. Levy, amicus curiæ.*

*Lewis Goldinger* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.